# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SABIC PETROCHEMICALS HOLDING US, INC.

NO. 2019 CW 1333

VERSUS

WILLIAMS OLEFINS, L.L.C. AND THE WILLIAMS COMPANIES, INC.

**OCTOBER 14, 2019**

---

In Re:  Sabic Petrochemicals Holding US, Inc., applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 76976.

---

**BEFORE:  McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

**JEW**
**GH**

McClendon, J., concurs.  The criteria set forth in **Herlitz Construction Company, Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (per curiam) are not met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT